**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BIDGELY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. ______ |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NET2GRID B.V., | § | |
| | § | |
| Defendant. | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement in which Plaintiff Bidgely, Inc. ("Bidgely" or "Plaintiff") makes the following allegations against Defendant NET2GRID B.V. ("NET2GRID" or "Defendant").

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*. Bidgely seeks monetary damages, injunctive relief, and other relief as set forth below.

2. Bidgely is an innovator, market leader, and pioneer in the field of energy intelligence. Serving over 50 million homes across the United States and around the world, Bidgely has become a foundational pillar in the energy intelligence industry.

3. As one example of its contributions to the energy intelligence industry, Bidgely has developed foundational techniques in energy disaggregation—the process of analyzing a single household's aggregate electricity meter data to identify and quantify the energy consumption of individual appliances without requiring separate sub-meters or sensors. For example, Bidgely's patented non-intrusive load monitoring ("NILM") technology enables electric utilities and their

customers to gain appliance-level visibility into energy usage from nothing more than standard smart-meter data.

4. Ultimately, Bidgely's commitment to research and development in the energy intelligence field has led to the issuance of numerous United States patents, including U.S. Patent Nos. 9,612,286 (the "'286 Patent"); 10,657,110 (the "'110 Patent"); 10,630,502 (the "'502 Patent"); and 11,533,193 (the "'193 Patent") (collectively, the "Asserted Patents"). Copies of the Asserted Patents are attached as Exhibits A through D, respectively.

5. NET2GRID offers and sells competing energy disaggregation products and services in the United States—including those marketed as "EnergyAI"—that perform the same patented functions. On information and belief, NET2GRID infringes each of the Asserted Patents, induces others to infringe each of the Asserted Patents, and contributes to the infringement of each of the Asserted Patents through its products and services—including, without limitation, its EnergyAI platform and cloud-based software-as-a-service ("SaaS") offering, its edge-deployed models, its Profile Enrichment service, its APIs, and its SmartBridge hardware (collectively, the "Accused Products and Services")—as alleged in the counts below.

6. Despite receiving detailed notice of Bidgely's patent rights as early as May 2025, NET2GRID has continued to make, use, sell, offer to sell, and import the Accused Products and Services in the United States without authorization or license. NET2GRID's infringement has been and continues to be willful.

## THE PARTIES

7. Plaintiff Bidgely, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 153 Second Street, 102, Los Altos, CA, 94022. Bidgely is the owner by assignment of all right, title, and interest in and to each of the

Asserted Patents, including the right to sue for and recover damages for past, present, and future infringement.

8. On information and belief, Defendant NET2GRID B.V. is a company organized and existing under the laws of the Netherlands. On information and belief, NET2GRID's principal place of business is in Zeist, the Netherlands. Correspondence directed to NET2GRID's Chief Executive Officer, Bert Lutje Berenbroek, has been addressed to Prins Hendriklaan 7, Zeist, the Netherlands. On information and belief, NET2GRID was founded in 2011 and "serve[s] the largest utilities in … North America." *About Us*, NET2GRID, accessible via https://www.net2grid.com/about-us.

## JURISDICTION AND VENUE

9. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this is a civil action arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

10. This Court has personal jurisdiction over NET2GRID. NET2GRID has sufficient minimum contacts with the State of Texas such that it has purposefully availed itself of the privileges of conducting business in the State of Texas; Bidgely's claims arise out of and relate to those contacts; and the exercise of jurisdiction is reasonable and fair. *See* FED. R. CIV. P. 4(k)(1)(A).

11. NET2GRID has repeatedly and deliberately conducted product-specific marketing, solicitation, and business-development activity in Texas directed at the public, including by sending personnel to Texas, staffing exhibition booths, conducting product demonstrations, and soliciting private and in-person meetings with utility prospects. On information and belief, that activity includes without limitation the following recent activities, each of which is further alleged

to constitute direct infringement of the asserted claims by NET2GRID as alleged in Counts I thru IV herein:

(a) on May 23 through 25, 2022, participating in DISTRIBUTECH in Dallas, Texas, where NET2GRID's founder and Chief Executive Officer, Bert Lutje Berenbroek, participated in a session with representatives of Itron and Avangrid concerning real-time edge computing, grid modernization, and customer engagement (*see Join NET2GRID at Distributech 2022*, NET2GRID, accessible via https://www.net2grid.com/post/join-net2grid-at-distributech-2022) (describing DISTRIBUTECH as a "leading annual transmission and distribution event in the US" and offering "free visitor passes" to meet guests "in person");

(b) on October 24 through 26, 2023, participating in Itron Inspire in San Antonio, Texas, an event co-hosted by CPS Energy and the San Antonio Water System, where NET2GRID advertised and conducted live demonstrations of real-time energy-disaggregation technology, including a cloud-based application providing appliance-level insights and its SmartBridge hardware, participated in technical sessions, and invited attendees to schedule private demonstrations (*see NET2GRID at Itron Inspire 2023: Cutting-edge real-time EnergyAI demos in San Antonio, Texas*, NET2GRID, accessible via https://www.net2grid.com/post/net2grid-at-itron-inspire-2023-cutting-edge-real-time-energy-ai-demos-in-san-antonio-texas) (advertising a demonstration of NET2GRID's "cloud-based real-time disaggregation" and "hardware-based disaggregation solution");

(c) on April 30 through May 2, 2024, participating in CS Week in Fort Worth, Texas, at booth 424 hosted by its partner Accelerated Innovations, where

NET2GRID demonstrated EnergyAI functionality involving customer experience, personalized marketing, and distributed-energy-resource planning, and expressly invited attendees to book in-person meetings (*see NET2GRID at CS Week 2024*, NET2GRID, accessible via https://www.net2grid.com/post/net2grid-at-cs-week-2024) (showcasing NET2GRID's EnergyAI product and inviting attendees to "[b]ook an in-person meeting with [NET2GRID]");

(d) on or about October 3, 2024, issuing an Austin, Texas-datelined announcement that NET2GRID and POWERCONNECT.AI had launched "AI Insights for Utilities," integrating NET2GRID EnergyAI into the POWERCONNECT.AI platform (*see POWERCONNECT.AI and NET2GRID Partner to Enhance Agent & Customer Experience with Residential Energy Insights*, NET2GRID, accessible via https://www.net2grid.com/post/powerconnect-ai-and-net2grid-partner-to-enhance-agent-customer-experience-with-residential-energy); and

(e) on March 24 through 27, 2025, exhibiting at DISTRIBUTECH in Dallas, Texas, at booth 6833, where NET2GRID promoted EnergyAI, DER Intelligence, AMI 2.0 applications, and customer engagement, jointly demonstrated with POWERCONNECT.AI a generative-artificial-intelligence utility call-center solution using real-time energy insights, invited attendees to schedule demonstrations (*see NET2GRID is exhibiting at DISTRIBUTECH 2025: What you need to know*, NET2GRID, accessible via https://www.net2grid.com/post/net2grid-is-exhibiting-at-distributech-2025-what-you-need-to-know) (showcasing NET2GRID's EnergyAI product and offering a 20% discount on entry fees).

12. NET2GRID's Texas activities concern the very Accused Products and Services central to this action. The demonstrations, exhibits, and solicitations described above promoted at least EnergyAI, EnergyAI Edge, SmartBridge hardware, DER Intelligence, AMI 2.0 applications, and appliance-level energy-disaggregation functionality—the same products, services, and functionality that infringe the Asserted Patents. Bidgely's claims therefore arise out of and relate to NET2GRID's Texas contacts.

13. On information and belief, the Texas activities described above are attributable to Defendant NET2GRID B.V. For example, Itron's Solution Marketplace identifies the provider of the North America-available EnergyAI Edge solution as "NET2GRID BV" and lists the United States among the countries it serves. *See EnergyAI Edge*, Itron, accessible via https://partnerlocator.itron.com/solutions/1a79538c-cf81-468f-9955-a1831477f253?p=1. The same web page states: "[Our] partners in the USA include Powerley, AWS, GE Vernova, Gridx and Accelerated Innovations and our clients DTE." *Id.*

14. Further exemplary of Defendant NET2GRID B.V.'s Texas activities, on information and belief, NET2GRID B.V.'s founder and Chief Executive Officer, Bert Lutje Berenbroek, personally participated in the Dallas events in 2022 and 2025. *See Join NET2GRID at Distributech 2022*, NET2GRID, accessible via https://www.net2grid.com/post/join-net2grid-at-distributech-2022.

15. On information and belief, Defendant NET2GRID B.V. owns or licenses the software demonstrated at the Texas events, authorized and funded its participation in those events, and received or was entitled to receive the resulting commercial benefit, or in the alternative, NET2GRID B.V. directed and controlled the activities conducted on its behalf and the activities are therefore attributable to NET2GRID B.V.

16. On information and belief, NET2GRID also serves utility customers with Texas operations. NET2GRID's published corporate history identifies Xcel Energy as a NET2GRID customer beginning in 2024, and NET2GRID has represented that its work with Xcel Energy and Itron produced its first commercially available edge solution using the Itron Riva meter's IEEE 2030.5 interface and that SmartBridge was developed using a software development kit provided by Xcel Energy and Itron. *See NET2GRID's history*, NET2GRID, accessible via https://www.net2grid.com/history. On information and belief, Xcel Energy operates in Texas through Southwestern Public Service Company, which serves customers in the Texas Panhandle and South Plains. *See LIST OF COUNTIES AND CITIES PROVIDED ELECTRIC UTILITIES SERVICES BY SOUTHWESTERN PUBLIC SERVICE COMPANY*, Xcel Energy, accessible via https://www.xcelenergy.com/staticfiles/xe-responsive/Company/Rates%20&%20Regulations/III-1,%20Rev.%2012%20-%20List%20of%20Counties%20and%20Cities%20Provided%20by%20SPS%20D54634%20(2-1-24).pdf.

17. NET2GRID has placed and continues to place its products and services into the stream of commerce through established distribution channels with the expectation and/or knowledge that they will be purchased and used by consumers in the United States and the State of Texas. Bidgely's claims for patent infringement arise directly from and/or relate to NET2GRID's contacts with the United States and Texas.

18. Venue is proper in this District under 28 U.S.C. § 1391(c)(3). Defendant NET2GRID B.V. is a foreign corporation that does not reside in any judicial district of the United States, and therefore may be sued in any judicial district, including this District, pursuant to 28 U.S.C. § 1391(c)(3). NET2GRID may be served with process in accordance with Federal Rule of

Civil Procedure 4 and applicable law. The alien-venue rule applies to patent infringement actions against foreign defendants.

19. In the alternative, to the extent NET2GRID is not subject to personal jurisdiction under Federal Rule of Civil Procedure 4(k)(1)(A), this Court has personal jurisdiction over NET2GRID pursuant to Federal Rule of Civil Procedure 4(k)(2). Bidgely's claims arise under federal law. On information and belief, and pleaded in the alternative, if NET2GRID B.V. is not subject to personal jurisdiction in any State's courts of general jurisdiction with respect to these claims, the exercise of jurisdiction based on NET2GRID's contacts with the United States as a whole is consistent with the United States Constitution and laws.

20. NET2GRID's nationwide contacts include those described above, which are fully incorporated herein. Additionally, NET2GRID's nationwide contacts include:

(a) integrating its Customer Experience and DER Intelligence applications into Itron's Distributed Intelligence ecosystem, and marketing EnergyAI as deployable for Itron-enabled utilities including PG&E and TECO (*see*, *e.g.*, *NET2GRID Successfully Joins Itron's Ecosystem of Distributed Intelligence Applications,* Itron, accessible via https://na.itron.com/w/net2grid-successfully-joins-itrons-ecosystem-of-di-applications);

(b) partnering with Powerley to integrate NET2GRID's EnergyAI appliance-disaggregation capabilities into Powerley's utility customer-engagement applications and SaaS offerings (*see Powerley and NET2GRID Forge Strategic Partnership*, NET2GRID, accessible via https://www.net2grid.com/post/powerley-and-net2grid-forge-strategic-partnership);

(c) partnering with POWERCONNECT.AI to integrate EnergyAI into its utility customer-service platform (*see POWERCONNECT.AI and NET2GRID Partner to Enhance Agent & Customer Experience with Residential Energy Insights*, NET2GRID, accessible via https://www.net2grid.com/post/powerconnect-ai-and-net2grid-partner-to-enhance-agent-customer-experience-with-residential-energy);

(d) partnering with Landis+Gyr to integrate the EnergyAI SaaS service into Landis+Gyr enterprise software as a turnkey utility deployment, which Landis+Gyr represented would help U.S. utilities plan, operate, and engage customers on an intelligent grid (*see Landis+Gyr and NET2GRID join forces to unlock grid flexibility*, NET2GRID, accessible via https://www.net2grid.com/post/landis-gyr-and-net2grid-join-forces-to-unlock-grid-flexibility);

(e) deploying the NET2GRID EnergyAI® Edge application on Itron Riva distributed intelligence meters at the Sacramento Municipal Utility District in Sacramento, California (*see Why waiting months for EV data is no longer an option for utilities*, NET2GRID, accessible via https://www.net2grid.com/post/why-waiting-months-for-ev-data-is-no-longer-an-option-for-utilities);

(f) partnering with BHC Global, a provider of advanced metering infrastructure, which offers "Our Net2Grid EnergyAI service" coupled with BHC Global's integration and delivery capabilities (*see BHC Global and NET2GRID extend strategic partnership with integrated AMI intelligence offering*, NET2GRID, accessible via https://www.net2grid.com/post/bhc-global-and-net2grid-extend-strategic-partnership-with-integrated-ami-intelligence-offering); and

(g) in February 2023, exhibiting at DISTRIBUTECH in San Diego, California, where NET2GRID invited attendees to experience live energy disaggregation and demonstrated SmartBridge receiving real-time data from an Itron Riva meter (*see NET2GRID will be exhibiting at DISTRIBUTECH 2023 in San Diego, NET2GRID*, accessible via https://www.net2grid.com/post/net2grid-will-be-exhibiting-at-distributech-2023-in-san-diego; *Experience real-time disaggregation on the edge with Itron Riva*, NET2GRID, accessible via https://www.net2grid.com/post/experience-net2grid-s-demo-of-the-han-interface-at-distributech-2023).

## BACKGROUND

### Bidgely and Its Disaggregation Technology

21. Bidgely is a pioneer and market leader in energy disaggregation technology. Founded in a garage in 2011 by co-inventors Abhay Gupta and Vivek Garud, Bidgely has built industry-leading disaggregation capabilities that enable electric utilities to analyze standard smart-meter data and provide their customers with detailed, appliance-level insights into household energy consumption—all without requiring separate sensors or sub-meters.

22. Recognizing the novelty of their innovations, Messrs. Gupta and Garud applied for, and earned, foundational patents for Bidgely. Today, Bidgely's technology is protected by a portfolio of patents that cover core innovations in non-intrusive load monitoring, including methods for improving disaggregation accuracy, techniques for performing disaggregation on low-frequency meter data, and systems for generating actionable appliance-level energy reports. The Asserted Patents in this case are part of that portfolio.

**NET2GRID and the Accused EnergyAI Platform**

23. NET2GRID was founded in 2011 in Zeist, the Netherlands. NET2GRID markets and sells a platform branded "EnergyAI"—described as "NET2GRID's AI-powered SaaS which analyzes residential energy data to deliver detailed household energy profiles and insights for personalized customer experience."

24. NET2GRID's EnergyAI platform performs NILM analytics that "disaggregates the total household consumption from a single meter into a breakdown per appliance or category." According to NET2GRID, the platform "analyzes consumption patterns and appliance signatures to identify usage and estimate energy consumption without the need for separate sensors."

25. EnergyAI uses input from "direct data sources, including data coming directly from smart meters/next gen meters, MDM systems, manual meter readings, data hubs as well as NET2GRID or other types of hardware." NET2GRID publishes at least twelve disaggregation categories: AlwaysOn, Refrigeration, Lighting, Entertainment, Laundry, Cooking, Space Heating, Space Cooling, Water Heating, Electric Vehicle, Swimming Pools and Saunas, and Other.

*26.* On information and belief, NET2GRID's technical staff have published research, authored by D. Doukas and others, describing "an event detection algorithm for discovering power changes corresponding to an appliance turning-on" that processes "active power transient responses." NET2GRID uses k-nearest neighbor (k-NN) classifiers, convolutional neural networks (CNNs), and recurrent neural networks (RNNs) to create "individual custom-made appliance models" per household and to model "multi-state appliances" such as washing machines operating in different modes (wash, rinse, spin). *See, e.g.,* https://doi.org/10.3390/en14030767; https://doi.org/10.1016/j.enbuild.2021.111523.

27. EnergyAI is "continuously trained" and updated "daily to refine and adapt to each household," producing periodic (weekly or monthly) "disaggregation reports." EnergyAI

processes low-resolution data that "usually has a granularity of a single electricity value per 15, 30, or 60 minutes" and "is often ingested via a daily file import from an energy retailer Meter Data Management system."

28. NET2GRID's edge solution, EnergyAI Edge, "leverages deep learning models tailored for embedded functionality, enabling us to detect EV presence in households and estimate EV consumption in real time based solely on aggregated active power consumption." The deep learning model "identifies the start and stop of EV charging events within 15-minute windows."

29. NET2GRID's Profile Enrichment service "us[es] smart-meter data, advanced analytics, and machine learning to detect missing or incorrect information about key household Distributed Energy Resources (DERs) such as EVs and PV systems and assets such as heating and cooling systems."

30. NET2GRID describes its hybrid AI approach as follows: "we train our real-time algorithms on the largest ground truth dataset in the world with more than 50K appliance events, achieving more than 90% accuracy." NET2GRID claims its pretrained edge models identify appliance events with 98% accuracy within 15 seconds.

**THE ASSERTED PATENTS**

31. On April 4, 2017, the United States Patent and Trademark Office issued U.S. Patent No. 9,612,286 (the "'286 Patent"), entitled "SYSTEMS AND METHODS FOR IMPROVING THE ACCURACY OF APPLIANCE LEVEL DISAGGREGATION IN NON-INTRUSIVE APPLIANCE LOAD MONITORING TECHNIQUES," after full and fair examination. The named inventors are Abhay Gupta, Vivek Garud, Uri Rodney, and Subodh Bapat. Bidgely is the assignee of all right, title, and interest in and to the '286 Patent, including the right to exclude others and to sue and recover damages for infringement. A true and correct copy of the '286 Patent is attached as Exhibit A. The '286 Patent is valid and enforceable.

32. On May 19, 2020, the United States Patent and Trademark Office issued U.S. Patent No. 10,657,110 (the "'110 Patent"), entitled "SYSTEMS AND METHODS FOR DISAGGREGATING APPLIANCE LOADS," after full and fair examination. The named inventors are Abhay Gupta and Vivek Garud. Bidgely is the assignee of all right, title, and interest in and to the '110 Patent, including the right to exclude others and to sue and recover damages for infringement. A true and correct copy of the '110 Patent is attached as Exhibit B. The '110 Patent is valid and enforceable.

33. On April 21, 2020, the United States Patent and Trademark Office issued U.S. Patent No. 10,630,502 (the "'502 Patent"), entitled "LOW FREQUENCY ENERGY DISAGGREGATION TECHNIQUES," after full and fair examination. The named inventors are Alex Shyr, Vivek Garud, Abhay Gupta, Mayank Sharan, Pratik Parekh, and Rohit Aggarwal. Bidgely is the assignee of all right, title, and interest in and to the '502 Patent, including the right to exclude others and to sue and recover damages for infringement. A true and correct copy of the '502 Patent is attached as Exhibit C. The '502 Patent is valid and enforceable.

34. On December 20, 2022, the United States Patent and Trademark Office issued U.S. Patent No. 11,533,193 (the "'193 Patent"), entitled "LOW FREQUENCY ENERGY DISAGGREGATION TECHNIQUES," after full and fair examination. The named inventors are Alex Shyr, Vivek Garud, Abhay Gupta, Mayank Sharan, Pratik Parekh, and Rohit Aggarwal. Bidgely is the assignee of all right, title, and interest in and to the '193 Patent, including the right to exclude others and to sue and recover damages for infringement. A true and correct copy of the '193 Patent is attached as Exhibit D. The '193 Patent is valid and enforceable.

## NET2GRID'S PRE-SUIT KNOWLEDGE AND NOTICE

35. NET2GRID has had knowledge of at least the '286, '502, and '110 Patents and of its infringement thereof before the filing of this Complaint and the '193 Patent no later than the

date of filing of this Complaint

36. On May 9, 2025, Gregory M. Murphy of Landmark Intellectual Property Law, PLLC, on behalf of Bidgely, sent a notice letter to NET2GRID's CEO, Bert Lutje Berenbroek, in Zeist, the Netherlands, identifying Bidgely's patent portfolio—including specifically the '286, '502, and '110 Patents—and NET2GRID's accused disaggregation services, that the patents may be appliable to NET2GRID's services, and inviting a discussion of any potential overlap between the patents and NET2GRID's services and to ensure the patents are not infringed by NET2GRID.

37. On April 14, 2026, Landmark sent a cease-and-desist letter to NET2GRID on Bidgely's behalf demanding that NET2GRID cease its on-meter disaggregation processes and asserting that NETGRID2's services, including EnergyAI, infringe at least claims 1, 7, and 9 of the '286 Patent, with an element-by-element claim chart.

38. The energy disaggregation space is a small, well-defined space, with well-known leaders such as Bidgely.

39. On information and belief, as a self-proclaimed "SaaS company that helps energy companies unlock flexibility at scale by turning complex energy data into powerful, AI-driven insights," NET2GRID monitored developments in the energy disaggregation space, was aware of or had reason to investigate Bidgely's patent portfolio, and knew of the Asserted Patents no later than May 9, 2025. *See About Us*, NET2GRID, accessible via https://www.net2grid.com/about-us. Any responsible industry participant at NET2GRID's scale would have investigated the relevant patent landscape, at least based on the correspondence with Bidgely, and before adopting and deploying Bidgely's technology.

40. Despite receiving repeated, detailed notice of Bidgely's patent rights and the bases for infringement, NET2GRID has not ceased its infringing activities, has not taken a license, and

has not provided any confirmation that it has ceased or will cease infringement. NET2GRID's continued infringement in the face of such knowledge is willful.

## THE ACCUSED PRODUCTS AND SERVICES

41. The "Accused Products and Services" include, without limitation, NET2GRID EnergyAI® (also styled "EnergyAI"), including EnergyAI® Edge and EnergyAI® Profile Enrichment; the NET2GRID Customer Engagement API, Account Management API, and Device Management API; NET2GRID SmartBridge and SmartReader hardware (including, without limitation, the SmartBridge SBLR4912, SmartBridge SBWF4612, and SmartReader SRLR4302); and all reasonably similar, predecessor, or successor products and services that utilize Bidgely's patented technology, both individually and in combination with each of the others.

42. On information and belief, NET2GRID makes, uses, sells, offers to sell, and/or imports the Accused Products and Services in the United States and NET2GRID's partners and customers use them in the United States. For example, NET2GRID hosts its EnergyAI platform on "a dedicated customer AWS account that facilitates all services described in [its] API." *Introduction*, NET2GRID Customer Engagement API, accessible via https://api.net2grid.com/docs/introduction.

43. Further, by example and without limitation, NET2GRID deploys EnergyAI on Itron Riva distributed intelligence meters at utilities such as the Sacramento Municipal Utility District ("SMUD"), and supplies Accused Products and Services, including EnergyAI SaaS services, to partners including but not limited to Itron, Powerley, POWERCONNECT.AI, Landis+Gyr, and BHC Global, which integrate EnergyAI into platforms and services provided to third parties such as U.S. utilities.

44. NET2GRID also markets and demonstrates the Accused Products and Services at U.S. trade shows, including without limitation at DISTRIBUTECH in Dallas, Texas in 2022 and

2025 and in San Diego, California in 2023; at Itron Inspire in San Antonio, Texas in 2023; and at CS Week in Fort Worth, Texas in 2024.

45. The identification of Accused Products and Services above is exemplary and should not be considered limiting. Additional accused products, services, and configurations, if identified, will be disclosed in accordance with the Court's scheduling order and Patent Rules.

## CLAIMS FOR PATENT INFRINGEMENT

### COUNT I
### INFRINGEMENT OF U.S. PATENT NO. 9,612,286
### (35 U.S.C. § 271)

46. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

47. The '286 Patent is valid and enforceable. Bidgely is the owner of all right, title, and interest in and to the '286 Patent, including the right to sue for and recover damages for infringement.

48. On information and belief, NET2GRID has directly infringed and continues to directly infringe at least claims 7, 9, and 18 of the '286 Patent under 35 U.S.C. § 271(a) by using and performing in the United States every step of those claims through the use and operation of the Accused Products and Services, including but not limited to the EnergyAI platform, EnergyAI Edge, EnergyAI Profile Enrichment, the NET2GRID APIs, and the SmartBridge hardware, and as described elsewhere in this Complaint and in Exhibit E.

49. Alternatively, on information and belief, to the extent that an entity other than NET2GRID performs one or more steps of the asserted claims of the '286 Patent, NET2GRID directly infringes those claims under 35 U.S.C. § 271(a) because NET2GRID directs or controls that entity's performance. Such entities include, without limitation, the third parties identified in paragraph 20, and other utility customers, platform integrators, and service providers operating the

accused EnergyAI functionality and participating in the particular accused deployment or integration described herein. In each accused performance of a claimed method, every step is performed in the United States by NET2GRID itself or by one or more such entities whose performance is attributable to NET2GRID as alleged herein.

50. On information and belief, NET2GRID supplies and deploys the EnergyAI software and models used in the accused integrations, including EnergyAI hosted in a dedicated customer AWS account and EnergyAI Edge deployed on Itron Riva meters at SMUD. The paragraph 20 relationships also include but are not limited to Powerley's integration of EnergyAI into customer-engagement applications, POWERCONNECT.AI's integration into utility customer-service platforms, Landis+Gyr's integration into enterprise software, and BHC Global's integrated AMI offering. NET2GRID's documentation makes completed customer onboarding and provisioned access to EnergyAI prerequisites to integration. Its service-type configurations determine the availability of the accused functionality.

51. On information and belief, NET2GRID conditions each such participant's receipt and provision of the accused service on performance of the applicable operations through NET2GRID's deployed software, models, and data interfaces. The participant obtains that functionality by operating the relevant component in the NET2GRID-prescribed configuration, which performs the steps alleged herein. NET2GRID establishes the manner of the participant's performance through those configurations and model instructions, its API integration requirements, and its implementation and support materials. The onboarding, service-type, and data-interface requirements described herein govern the relevant integration. Accordingly, every step is performed in the United States by NET2GRID itself or by participants whose performance is attributable to NET2GRID.

52. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 7 of the '286 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

53. Claim 7 of the '286 Patent recites a method for creating an appliance signature based upon a whole house composite load profile, comprising: identifying primitive elements comprising transients and absolute steady state levels; combining primitive elements to form impulses, using multi-dimensional clustering to group primitive elements along multiple dimensions; combining impulses to form simple bundles; combining simple bundles with other simple bundles or with impulses to form complex bundles, the complex bundles combining simple bundles associated with different functions of an appliance; determining, based upon the complex bundles, specific appliance signatures that substantially match the complex bundles, and identifying the specific appliance signatures from the whole house composite load profile.

54. NET2GRID's EnergyAI products and services create appliance signatures based upon a whole house composite load profile. *See, e.g.*, *EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):



55. On information and belief, NET2GRID's EnergyAI products and services additionally identify primitive elements comprising transient and absolute steady state levels; combine primitive elements to form impulses, using multi-dimensional clustering to group primitive elements along multiple dimensions; combine impulses to form simple bundles; combine simple bundles with other simple bundles or with impulses to form complex bundles, the complex bundles combining simple bundles associated with different functions of an appliance; and determine, based upon the complex bundles specific appliance signatures that substantially match the complex bundles, and identifying the specific appliance signatures from the whole house composite load profile. *See id.*

56. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 9 of the '286 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

57. Claim 9 of the '286 Patent recites a method for detecting individual appliance energy loads from a whole house composite load profile, comprising: determining transitions within the whole house composite load profile; determining household specific appliance state machines for each appliance in the household, the household specific appliance state machine comprising transitions associated with different functions, if any, of the appliance, the determined transitions being parsed together in order to model an inner mechanism of the appliance; disaggregating the whole house composite load profile into individual appliance energy loads by

assigning each of the determined transitions to the determined household specific appliance state machines.

58. NET2GRID's EnergyAI products and services detect individual appliance energy loads from a whole house composite load profile. *See, e.g.*, *EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):






*Id.*

59. On information and belief, NET2GRID's EnergyAI products and services additionally determine transitions within the whole house composite load profile; determine household specific appliance state machines for each appliance in the household, the household specific appliance state machine comprising transitions associated with different functions, if any, of the appliance, the determined transitions being parsed together in order to model an inner mechanism of the appliance; and disaggregate the whole house composite load profile into individual appliance energy loads by assigning each of the determined transitions to the determined household specific appliance state machines. *See id.*

60. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 18 of the '286 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

61. Claim 18 of the '286 Patent recites a method of incentivizing users to replace inefficient appliances with efficient appliances based upon energy usage data measured from the user's specific inefficient appliances, comprising: determining an appliance load signature from the user's specific appliance, determined from a whole house composite load signature, wherein such determination is based at least in part on: determining transitions within the whole house composite load profile; determining household specific appliance state machines for each appliance in the household, the household specific appliance state machine comprising transitions associated with different functions, if any, of the appliance, the determined transitions being parsed together in order to model an inner mechanism of the appliance; disaggregating the whole house composite load profile into individual appliance energy loads by assigning each of the determined transitions to the determined household specific appliance state machines; determining an appliance signature from an alternative appliance; presenting to the user the difference in energy usage and associated costs between the user's specific appliance and the alternative appliance.

62. NET2GRID's EnergyAI products and services incentivize users to replace inefficient appliances with efficient appliances based upon energy usage data measured from the

user's specific inefficient appliances. *See, e.g.*, *Appliance Efficiency*, NET2GRID, accessible via https://api.net2grid.com/docs/appliance-efficiency (reproduced in part below):

> Currently, four different approaches are implemented in NET2GRID service; each one will create another set of thresholds that will provide insight for (in)efficient appliances. These are:

*See also EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):



**Energy disaggregation, Machine Learning, AI**

NET2GRID EnergyAI® runs on the cloud or on the edge, utilizing AI and deep learning methods to train Non-Intrusive Load Monitoring (NILM) models. NILM analytics disaggregates the total household consumption from a single meter into a breakdown per appliance or category. It analyzes consumption patterns and appliance signatures to identify usage and estimate energy consumption without the need for separate sensors.




*Id.*

63. The claims of the ’286 Patent are not directed to an abstract idea. They are directed to a specific technological improvement in the operation of non-intrusive appliance load monitoring (“NIALM”) systems, which disaggregate the electrical signal measured at a single meter into individual appliance loads. The ’286 Patent explains that prior NIALM techniques performed software analysis on past data and therefore “fail to provide near real-time information,” that prior devices “generally require additional components to be installed,” and that prior techniques “generally provide a relatively low confidence level of identifying specific appliances.” Ex. A, at 1:62-66, 2:4-14. The claimed inventions solve those technical problems with specific

signal-processing architectures: identifying "primitive elements comprising transients and absolute steady state levels"; grouping them by "multi-dimensional clustering" along dimensions such as amplitude, periodicity, and impulse width; building impulses, simple bundles, and complex bundles that represent an appliance's signature (claim 7); and determining "household specific appliance state machines" that model "an inner mechanism of the appliance" and to which each detected transition is assigned (claims 9 and 18). *Id*. at 6:44-7:14, 8:62-9:26; claims 7, 9, 18. The specification describes the concrete machinery that performs these operations, including a transitions generator that applies a sliding "noise length window" to the raw meter signal and records a time-stamped transition whenever a stabilized power level changes by more than an allowable noise margin, a detector, a solver, and a transitions broker that applies policy rules where more than one state machine could accept a transition. *Id*. at 6:14-8:56. The specification further teaches that smart meters "generally record and transmit data in fifteen (15) minute intervals," which is "often too broad to support accurate" NIALM, and discloses compressing one-second meter data by storing only transitions above a threshold, yielding approximately 30:1 compression that "both Smart Meters and the AMI can handle without depleting available bandwidth." *Id*. at 18:17-43. These claims therefore improve how metering and computing systems themselves extract appliance-level information from an electrical signal, rather than claiming the idea of itemizing energy use.

64. The claims of the '286 Patent are additionally integrated into a practical application and recite inventive concepts that are not well-understood, routine, or conventional. The claims require a particular ordered combination of operations on a whole house composite load profile—a physical electrical signal measured by a metering device—including transient and steady-state primitive extraction, multi-dimensional clustering, hierarchical bundle construction, and

assignment of transitions to household-specific finite state machines. *Id.* at claims 7, 9, 18. The specification contrasts this approach with prior art NIALM techniques, that matched generic appliance signatures and offered low-confidence identification, and explains that the claimed state machines are parameterized for the specific household (*e.g.*, on and off slew rates, pulse duration, and inter-pulse intervals) to reduce the error rate of transition assignment. *See id*. at 2:3-37. The claimed methods may be executed in a smart meter, a home gateway device, a utility back office, or a cloud server receiving meter data over an advanced metering infrastructure ("AMI") network or home area network ("HAN"). *Id.* at 16:47-18:16.

65. NET2GRID's website further emphasizes that EnergyAI produces "[a]ctionable insights," which are generated "through data analytics and machine learning algorithms," "provide valuable information," including "strategies for reducing energy waste, improving efficiency, and cutting energy costs." *EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai.

66. On information and belief, NET2GRID's EnergyAI products and services additionally determine an appliance load signature from the user's specific appliance, determined from a whole house composite load signature, wherein such determination is based at least in part on: determining transitions within the whole house composite load profile; determining household specific appliance state machines for each appliance in the household, the household specific appliance state machine comprising transitions associated with different functions, if any, of the appliance, the determined transitions being parsed together in order to model an inner mechanism of the appliance; disaggregating the whole house composite load profile into individual appliance energy loads by assigning each of the determined transitions to the determined household specific appliance state machines; determine an appliance signature from an alternative appliance; and

present to the user the difference in energy usage and associated costs between the user's specific appliance and the alternative appliance.

67. An exemplary claim chart demonstrating how the Accused Products and Services practice every element of exemplary claims of the '286 Patent literally and/or under the doctrine of equivalents is attached as Exhibit E and is incorporated herein by reference. The allegations provided herein are exemplary and without prejudice to Bidgely's infringement contentions to be provided pursuant to the Court's scheduling order, local rules, and/or discovery procedures. Each element of the asserted claims is literally present in the Accused Products and Services. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial.

68. NET2GRID has also induced infringement of the '286 Patent under 35 U.S.C. § 271(b). NET2GRID has had knowledge of the '286 Patent since no later than May 9, 2025, when Bidgely's counsel sent its initial notice letter identifying the '286 Patent and its infringement by NET2GRID's products and services, including EnergyAI. Despite having knowledge of the '286 Patent, NET2GRID has actively encouraged and induced others, including utility customers and end users, to directly infringe the '286 Patent in the United States by designing, deploying, and operating the Accused Products and Services, and by providing user-facing instructions and support materials—including through the NET2GRID Customer Engagement API Developer Hub (https://api.net2grid.com/)—directing NET2GRID customers to perform the claimed limitations. On information and belief, NET2GRID performs these affirmative acts with knowledge, or willful blindness, of the '286 Patent and with the intent, or willful blindness, that the induced acts directly

infringe the ’286 Patent. *See also EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):

> **Input integrations**
>
> We are able to use input from direct data sources, including data coming directly from smart meters/next gen meters, MDM systems, manual meter readings, data hubs as well as NET2GRID or other types of hardware. Access our comprehensive documentation with guides and examples to assist you through the integration process.

69. NET2GRID has also contributorily infringed the ’286 Patent under 35 U.S.C. § 271(c). The Accused Products and Services include the accused disaggregation software and associated hardware components, in the specifically accused combinations and configurations, that constitute material parts of the inventions claimed in the ’286 Patent. As supplied by NET2GRID and deployed, those components are especially made or adapted for use in a manner that infringes the ’286 Patent and are not staple articles or commodities suitable for substantial non-infringing use. On information and belief, NET2GRID has sold or offered to sell these components within the United States, or imported them into the United States, with knowledge that they are especially made or adapted for use in infringing the ’286 Patent.

70. NET2GRID’s infringement of the ’286 Patent has been and continues to be willful. NET2GRID has had knowledge of the ’286 Patent and its infringement thereof since at least May 2025 and has continued to infringe despite receiving detailed notice. On information and belief, NET2GRID has deliberately continued the accused conduct with knowledge that it infringes.

71. As a direct and proximate result of NET2GRID's infringement of the '286 Patent, Bidgely has suffered and continues to suffer damages and irreparable harm.

**COUNT II**
**INFRINGEMENT OF U.S. PATENT NO. 10,657,110**
**(35 U.S.C. § 271)**

72. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

73. The '110 Patent is valid and enforceable. Bidgely is the owner of all right, title, and interest in and to the '110 Patent, including the right to sue for and recover damages for infringement.

74. On information and belief, NET2GRID has directly infringed and continues to directly infringe at least claims 1, 9, and 15 of the '110 Patent under 35 U.S.C. § 271(a). NET2GRID infringes claim 1 by using and performing every step of the claimed method in the United States through the use and operation of the Accused Products and Services. NET2GRID infringes claims 9 and 15 by making, using, selling, or offering to sell within the United States, or importing into the United States, the claimed devices and non-transitory computer storage media embodied in the Accused Products and Services, including but not limited to the EnergyAI platform, EnergyAI Edge, EnergyAI Profile Enrichment, the NET2GRID APIs, the SmartBridge hardware, and in the configurations described elsewhere in this Complaint and in Exhibit F.

75. Alternatively, on information and belief, to the extent that an entity other than NET2GRID performs one or more steps of the asserted method claims of the '110 Patent, NET2GRID directly infringes that claim under 35 U.S.C. § 271(a) because NET2GRID directs or controls that performance. Such entities include, without limitation, the third parties identified in paragraph 20 and other utility customers, platform integrators, and service providers participating in the particular accused deployment or integration described herein. In each accused performance

of a claimed method, every step is performed in the United States by NET2GRID itself or by one or more such entities whose performance is attributable to NET2GRID as alleged herein. Relevant deployments include the dedicated customer EnergyAI cloud instances, integrations with Itron, Powerley, POWERCONNECT.AI, Landis+Gyr, and BHC Global, and utility operation of NET2GRID applications on Itron meters, including at SMUD, to the extent the asserted method is performed in that configuration. This alternative concerns the method of claim 1.

76. On information and belief, NET2GRID supplies and deploys the EnergyAI software and models used in the accused integrations, including EnergyAI hosted in a dedicated customer AWS account and EnergyAI Edge deployed on Itron Riva meters at SMUD. The paragraph 20 relationships also include but are not limited to Powerley's integration of EnergyAI into customer-engagement applications, POWERCONNECT.AI's integration into utility customer-service platforms, Landis+Gyr's integration into enterprise software, and BHC Global's integrated AMI offering. NET2GRID's documentation makes completed customer onboarding and provisioned access to EnergyAI prerequisites to integration. Its service-type configurations determine the availability of the accused functionality.

77. On information and belief, NET2GRID conditions each such participant's receipt and provision of the accused service on performance of the applicable operations through NET2GRID's deployed software, models, and data interfaces. The participant obtains that functionality by operating the relevant component in the NET2GRID-prescribed configuration, which performs the steps alleged herein. NET2GRID establishes the manner of the participant's performance through those configurations and model instructions, its API integration requirements, and its implementation and support materials. The onboarding, service-type, and data-interface requirements described herein govern the relevant integration. Accordingly, every

step is performed in the United States by NET2GRID itself or by participants whose performance is attributable to NET2GRID.

78. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 1 of the '110 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

79. Claim 1 of the '110 Patent recites a method for performing energy disaggregation from home energy consumption data of plurality of appliances installed in a home, the home energy consumption data comprising partially disaggregated and non-disaggregated energy consumption data from a previously applied predefined energy disaggregation model, the method comprising the steps of: receiving the partially disaggregated and non-disaggregated energy consumption data; receiving localized energy consumption data of a region where the home is located through the energy disaggregation device; receiving one or more parameters corresponding to plurality of the appliances installed in the home through an energy disaggregation device, wherein the one or more parameters are associated with the home; adjusting the predefined energy disaggregation model based on the one or more parameters; and applying the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the home energy consumption data into a plurality of appliance categories.

80. NET2GRID's EnergyAI products and services perform energy disaggregation from home energy consumption data of plurality of appliances installed in a home, the home energy consumption data comprising partially disaggregated and non-disaggregated energy consumption data from a previously applied predefined energy disaggregation model. *See EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):




81. Further, on information and belief, NET2GRID's EnergyAI products and services receive the partially disaggregated and non-disaggregated energy consumption data; receive localized energy consumption data of a region where the home is located through the energy disaggregation device; receive one or more parameters corresponding to plurality of the appliances installed in the home through an energy disaggregation device, wherein the one or more parameters are associated with the home; adjust the predefined energy disaggregation model based on the one or more parameters; and apply the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the home energy consumption data into a plurality of appliance categories.

82. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 9 of the '110 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of

NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

83. Claim 9 of the '110 Patent recites an energy disaggregation device for performing energy disaggregation of plurality of appliances installed in a home, the device comprising: at least one hardware processor; a memory coupled to the at least one hardware processor, storing instructions, that when executed by the at least one hardware processor, causes the at least one hardware processor to perform operations comprising: receiving one or more parameters corresponding to plurality of the appliances installed in the home, wherein the one or more parameters are associated with the home; receiving localized energy consumption data of a region where the home environment is located; selecting a predefined energy disaggregation model from one or more predefined energy disaggregation models based on the localized energy consumption data, and applying the predefined energy disaggregation model to the home energy consumption data, resulting in partially disaggregated energy data and remaining non-disaggregated energy consumption data; adjusting the predefined energy disaggregation model based on the one or more parameters; and applying the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the energy consumption into a plurality of appliance categories.

84. For example, NET2GRID's EnergyAI comprises an energy disaggregation device for performing energy disaggregation of plurality of appliances installed in a home. The EnergyAI web page shows a diagram showing "NET2GRID & 3rd party meter reader hardware" and explaining "how [EnergyAI] works":




*EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai.




*Hardware*, NET2GRID, accessible via https://www.net2grid.com/hardware.




*Id.*

85. Further, on information and belief, NET2GRID's EnergyAI products and services comprise at least one hardware processor; a memory coupled to the at least one hardware processor, storing instructions, that when executed by the at least one hardware processor, causes the at least one hardware processor to perform operations comprising: receiving one or more parameters corresponding to plurality of the appliances installed in the home, wherein the one or more parameters are associated with the home; receiving localized energy consumption data of a region where the home environment is located; selecting a predefined energy disaggregation model from one or more predefined energy disaggregation models based on the localized energy consumption data, and applying the predefined energy disaggregation model to the home energy consumption data, resulting in partially disaggregated energy data and remaining non-disaggregated energy consumption data; adjusting the predefined energy disaggregation model based on the one or more parameters; and applying the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the energy consumption into a plurality of appliance categories.

86. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 15 of the '110 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

87. Claim 15 of the '110 Patent recites a non-transitory computer storage medium storing instructions, that when executed by the at least one hardware processor, causes the at least one hardware processor to perform operations comprising: receiving home energy consumption data; receiving one or more parameters corresponding to plurality of the appliances installed in the home, wherein the one or more parameters are associated with the home; receiving localized energy consumption data of a region where a home is located; selecting a predefined energy disaggregation model from one or more predefined energy disaggregation models based on the localized energy consumption data, and applying the predefined energy disaggregation model to the home energy consumption data, resulting in partially disaggregated energy data and remaining non-disaggregated energy consumption data; adjusting the predefined energy disaggregation model based on the one or more parameters; and applying the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the energy consumption into a plurality of appliance categories.

88. The claims of the '110 Patent are not directed to an abstract idea. They are directed to a specific improvement in how energy disaggregation devices process meter data. The '110 Patent explains that existing techniques provide "a partial itemization, often with limited

coverage," that "many disaggregation techniques are limited to smart meter data only," that legacy meters "may have limited data resolution to extract much meaningful appliance patterns," that survey-based statistical models are "not generally accurate" and "agnostic to the user's actual consumption," and that high-resolution models leave a large residual "Other" category. Ex. B, at 1:32-56. The claims solve this problem with a specific technical process performed by an energy disaggregation device comprising at least one hardware processor and memory: selecting a predefined energy disaggregation model based on localized energy consumption data for the home's region; applying that model to the home energy consumption data to produce partially disaggregated energy data and remaining non-disaggregated energy consumption data; adjusting the model using home-specific parameters; and applying the adjusted model to the remaining non-disaggregated data to produce appliance-category disaggregation. *E.g.*, *id*. at claims 1, 9, 15. The specification describes the device's optimization model, which estimates per-category consumption subject to absolute constraints reflecting physical limits, relative constraints, percentage limits, and a "full pie constraint" requiring the category estimates to sum to the home's total measured consumption. *Id*. at 6:16-7:29.

89. The claims of the '110 Patent are integrated into a practical application and recite an inventive concept. The claims require a particular ordered combination—first-pass disaggregation that leaves non-disaggregated residual data, followed by a regionally selected and home-adjusted model applied specifically to that residual data—that the specification describes as a "hybrid disaggregation approach" combining disaggregation algorithms, which "may typically disaggregate 50-70% of the energy usage," with a localized rule-based model to obtain "a near complete itemization of energy consumption." *E.g.*, *id.* at 8:26-9:3. This architecture provides "data flexibility," allowing the same device to process high-resolution home area network data,

AMI data sampled at fifteen-, thirty-, or sixty-minute intervals, and monthly utility data, and provides a "self-improving mechanism" whose accuracy continues to improve as home and appliance information is received. *Id.* at 8:64-9:3. The specification further describes automated validation of the selected model by checking out-of-range "Always On" results, categories estimated below 1% of total energy, and month-to-month stability. *See generally id.* at 5:20-60; 7:56-8:25. These features improve, *inter alia*, the functioning of energy disaggregation devices themselves, and were not well-understood, routine, or conventional.

90. On information and belief, NET2GRID's EnergyAI products and services comprise non-transitory computer storage media storing instructions, that when executed by the at least one hardware processor, cause the at least one hardware processor to perform operations, including receiving home energy consumption data; receiving one or more parameters corresponding to plurality of the appliances installed in the home, wherein the one or more parameters are associated with the home; receiving localized energy consumption data of a region where a home is located; selecting a predefined energy disaggregation model from one or more predefined energy disaggregation models based on the localized energy consumption data, and applying the predefined energy disaggregation model to the home energy consumption data, resulting in partially disaggregated energy data and remaining non-disaggregated energy consumption data; adjusting the predefined energy disaggregation model based on the one or more parameters; and applying the adjusted predefined energy disaggregation model to the remaining non-disaggregated energy consumption data to perform disaggregation of the energy consumption into a plurality of appliance categories.

91. For example, NET2GRID's website represents that the Sacramento Municipal Utility District ("SMUD") "deployed the NET2GRID EnergyAI Edge application natively onto

existing Itron Riva distributed intelligence meters across 840 households." *Why waiting months for EV data is no longer an option for utilities*, NET2GRID, accessible via https://www.net2grid.com/post/why-waiting-months-for-ev-data-is-no-longer-an-option-for-utilities. The website also represents that NET2GRID's "embedded edge agent could deliver accurate, real-time EV detection without needing historical data training[.]" *Id*.

92. An exemplary claim chart demonstrating how the Accused Products and Services practice exemplary claims of the '110 Patent on an element-by-element basis is attached as Exhibit F and is incorporated herein by reference. The allegations provided herein are exemplary and without prejudice to Bidgely's infringement contentions to be provided pursuant to the Court's scheduling order, local rules, and/or discovery procedures. Each element of the asserted claims is literally present in the Accused Products and Services. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial.

93. NET2GRID has also induced infringement of the '110 Patent under 35 U.S.C. § 271(b). NET2GRID has had knowledge of the '110 Patent since no later than May 9, 2025, when Bidgely's counsel sent its initial notice letter identifying the '110 Patent and its relevance to NET2GRID's products and services. Despite having knowledge of the '110 Patent, NET2GRID has actively encouraged and induced others, including utility customers and end users, to directly infringe the '110 Patent in the United States by designing, deploying, and operating the Accused Products and Services, and by providing user-facing instructions and support materials—including through the NET2GRID Customer Engagement API Developer Hub (https://api.net2grid.com/)—directing NET2GRID customers to perform the claimed limitations. On information and belief,

NET2GRID performs these affirmative acts with knowledge, or willful blindness, of the ’110 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’110 Patent. *See also EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):

> **Input integrations**
>
> We are able to use input from direct data sources, including data coming directly from smart meters/next gen meters, MDM systems, manual meter readings, data hubs as well as NET2GRID or other types of hardware. Access our comprehensive documentation with guides and examples to assist you through the integration process.

94. NET2GRID has also contributorily infringed the ’110 Patent under 35 U.S.C. § 271(c). The Accused Products and Services include the accused disaggregation software and associated hardware components, in the specifically accused combinations and configurations, that constitute material parts of the inventions claimed in the ’110 Patent. As supplied by NET2GRID and deployed, those components are especially made or adapted for use in a manner that infringes the ’110 Patent and are not staple articles or commodities suitable for substantial non-infringing use. On information and belief, NET2GRID has sold or offered to sell these components within the United States, or imported them into the United States, with knowledge that they are especially made or adapted for use in infringing the ’110 Patent.

95. NET2GRID’s infringement of the ’110 Patent has been and continues to be willful. NET2GRID has had knowledge of the ’110 Patent and its infringement thereof since at least May

2025, and has continued to infringe despite receiving detailed notice. On information and belief, NET2GRID has deliberately continued the accused conduct with knowledge that it infringes.

96. As a direct and proximate result of NET2GRID's infringement of the '110 Patent, Bidgely has suffered and continues to suffer damages and irreparable harm.

**COUNT III**
**INFRINGEMENT OF U.S. PATENT NO. 10,630,502**
**(35 U.S.C. § 271)**

97. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

98. The '502 Patent is valid and enforceable. Bidgely is the owner of all right, title, and interest in and to the '502 Patent, including the right to sue for and recover damages for infringement.

99. On information and belief, NET2GRID has directly infringed and continues to directly infringe at least claims 1 and 20 of the '502 Patent under 35 U.S.C. § 271(a) by using and performing in the United States every step of those claims through the use and operation of the Accused Products and Services, including but not limited to the EnergyAI platform, EnergyAI Edge, EnergyAI Profile Enrichment, the NET2GRID APIs, and the SmartBridge hardware and as described elsewhere in this Complaint and in Exhibit G.

100. Alternatively, on information and belief, to the extent that an entity other than NET2GRID performs one or more steps of the asserted claims of the '502 Patent, NET2GRID directly infringes those claims under 35 U.S.C. § 271(a) because NET2GRID directs or controls that performance. Such entities include, without limitation, the third parties identified in paragraph 20 and other utility customers, platform integrators, and service providers operating the accused EnergyAI functionality and participating in the particular accused deployment or integration

described herein. In each accused performance of a claimed method, every step is performed in the United States by NET2GRID itself or by one or more such entities whose performance is attributable to NET2GRID as alleged herein. The relevant relationships include the customer EnergyAI cloud deployments and integrated utility offerings involving Itron, Powerley, POWERCONNECT.AI, Landis+Gyr, and BHC Global, and utility meter deployments including SMUD's Itron Riva deployment, to the extent the asserted method is performed in that configuration.

101. On information and belief, NET2GRID supplies and deploys the EnergyAI software and models used in the accused integrations, including EnergyAI hosted in a dedicated customer AWS account and EnergyAI Edge deployed on Itron Riva meters at SMUD. The paragraph 20 relationships also include but are not limited to Powerley's integration of EnergyAI into customer-engagement applications, POWERCONNECT.AI's integration into utility customer-service platforms, Landis+Gyr's integration into enterprise software, and BHC Global's integrated AMI offering. NET2GRID's documentation makes completed customer onboarding and provisioned access to EnergyAI prerequisites to integration. Its service-type configurations determine the availability of the accused functionality.

102. On information and belief, NET2GRID conditions each such participant's receipt and provision of the accused service on performance of the applicable operations through NET2GRID's deployed software, models, and data interfaces. The participant obtains that functionality by operating the relevant component in the NET2GRID-prescribed configuration, which performs the steps alleged herein. NET2GRID establishes the manner of the participant's performance through those configurations and model instructions, its API integration requirements, and its implementation and support materials. The onboarding, service-type, and

data-interface requirements described herein govern the relevant integration. Accordingly, every step is performed in the United States by NET2GRID itself or by participants whose performance is attributable to NET2GRID.

103. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 1 of the '502 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

104. Claim 1 of the '502 Patent recites a method of performing appliance itemization based on consumption data for a whole house, comprising: receiving at a processor the consumption data; determining by the processor if the consumption data includes active signals and/or inactive signals; upon detection of an active signal: detecting by the processor, based at least in part on the active signal, active water heating, and if active water heating is detected, estimating active water heating consumption; detecting by the processor, based at least in part on the active signal, lighting, and if lighting is detected, estimating lighting consumption; upon detection of an inactive signal: detecting by the processor, based at least in part on the inactive signal, passive water heating, and if detected, estimating passive water heating consumption; detecting by the processor, based at least in part on the inactive signal, refrigeration, and if refrigeration is detected, estimating refrigerator consumption; detecting by the processor, based at least in part on the inactive signal, vacation mode.

105. NET2GRID's EnergyAI products and services practice a method of performing appliance itemization based on consumption data for a whole house. By way of non-limiting example, the EnergyAI products and services identify appliance-consumption categories including AlwaysOn, Refrigeration, Lighting, Entertainment, Laundry, Cooking, Space Heating, Space Cooling, Water Heating, Electric Vehicle, Swimming Pools and Saunas, and Other. *See Disaggregation Categories*, NET2GRID, accessible via https://api.net2grid.com/docs/category-disaggregation#disaggregation-categories--installation-profile-mapping. Further, NET2GRID represents that "Time Based (TB) events are mapped to appliances whose operation can be pinpointed at specific periods of the day using analytical methods, such as Washing Machine or Dishwasher appliance events," and that "[t]hese events have specific start and stop timestamps and the energy usage corresponding to each specific event in kWh." *Appliance Events*, NET2GRID, https://api.net2grid.com/docs/appliance-events (reproduced in part, below).

| | | | | | |
|---|---|---|---|---|---|
| 11 | Water Boiler | WaterBoiler | NTB | WaterHeating | Not applicable to appliances but rather to water heating types:<br><br>WH.02 Electric |
| 12 | Electric Shower | FlowHeater | TB | WaterHeating | A.20 Electric Shower |
| 13 | Immersion Heater | ImmersionHeater | TB | WaterHeating | A.24 Immersion Heater |

106. On information and belief, NET2GRID's EnergyAI products and services also practice the claimed method steps of receiving at a processor the consumption data; determining by the processor if the consumption data includes active signals and/or inactive signals; upon

detection of an active signal: detecting by the processor, based at least in part on the active signal, active water heating, and if active water heating is detected, estimating active water heating consumption; detecting by the processor, based at least in part on the active signal, lighting, and if lighting is detected, estimating lighting consumption; upon detection of an inactive signal: detecting by the processor, based at least in part on the inactive signal, passive water heating, and if detected, estimating passive water heating consumption; detecting by the processor, based at least in part on the inactive signal, refrigeration, and if refrigeration is detected, estimating refrigerator consumption; detecting by the processor, based at least in part on the inactive signal, vacation mode. For example, NET2GRID's household-state API "[r]eturns the automatically calculated power thresholds that segregate the household's activity level into activity zones" and "[r]eturns the current household's zone along with the timestamp when it first entered that zone." *See /homestate/config* and */homestate/current*, NET2GRID API Reference, accessible via https://api.net2grid.com/reference/v2gethomestateconfig and https://api.net2grid.com/reference/v2gethomestatecurrent. NET2GRID further explains that "[a]ccurate AlwaysOn consumption estimation is crucial to … estimate the refrigeration appliances' consumption more accurately." *Training Processes Specifics*, NET2GRID, accessible via https://api.net2grid.com/docs/energy-insights-calculation-process.

107. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 20 of the '502 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of

NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

108. Claim 20 of the '502 Patent recites a method of performing appliance itemization based at least in part on consumption data for a whole house received from an advanced metering infrastructure (AMI) device, the consumption data being of a low resolution comprising data received at fifteen (15) minute, thirty (30) minute, or sixty (60) minute intervals, the method comprising: applying disaggregation models to the consumption data to provide detection and estimation of any present lighting appliances, water heating appliances, refrigeration appliances, pool pumps, heating appliances, or cooling appliances; applying rule-based models to the consumption data to provide detection and estimation of any present cooking appliances, laundry appliances, entertainment devices or appliances, and miscellaneous appliances; wherein the disaggregation models and the rule-based models provide for a complete or near complete appliance level itemization and estimation for the whole house.

109. For example, NET2GRID's EnergyAI products and services perform a method of performing appliance itemization based at least in part on low-resolution consumption data for the whole house received from advanced metering infrastructure. NET2GRID's website, for example, explains that "Low Resolution data" "usually has a granularity of a single electricity value per 15, 30, or 60 minutes" and markets that the EnergyAI products and services perform appliance-level itemization based on the low-resolution data. *See Energy data sources*, NET2GRID, https://api.net2grid.com/docs/data-sources (reproduced below, annotations added):

👍 File import of Low Resolution data

To implement a daily file import in NET2GRID predefined data format, reach out to receive the NET2GRID Measurements File Interface specification.

## NET2GRID Energy data sources - Service Types

**Service Type** is an optional but important field in NET2GRID EnergyAI Platform, specifically on installation level provisioning that specifies:

1. The **interval** by which measurement data or edge events arrive to the NET2GRID EnergyAI Platform:
   a. **Near-Real-Time (RT):** when getting data **intraday**, regardless of the data granularity or if the hardware is used
   b. **Batch Reporting (BR):** when getting data in **batches** or **files** in scheduled intervals (e.g., MFI (measurement file imports), datahubs, etc.)
2. The nature of the resolution of the data which will be based on the requirements of analytics stacks
   a. **High Resolution (HR):** when IDD reported with 1'-10 seconds granularity and CSD/CSR reported with 1 second-60 minutes granularity.
   b. **Low Resolution (LR):** when CSD/CSR is reported with 15-60 minutes granularity, IDD is not constantly reported. MDM systems refer to this resolution as "interval measurement data".

| | | | |
|---|---|---|---|
| **Service type** | **Data retrieval interval** | **Near-Real-Time (RT)** | • Data will be ingested soon after they are measured |
| | | **Batch Reporting (BR)** | • Data retrieval in batches<br>• via files or API calls |
| | **Data resolution** | **High Resolution (HR)** | Describes the type of services that can be provided. For HR services minimum requirements are:<br>• IDD in 1-10 seconds granularity<br>• CSD/CSR in 15-minutes granularity |
| | | **Low Resolution (LR)** | Describes the type of services that can be provided. For LR services minimum requirements are:<br>• CSD/CSR in 15-60 minutes granularity<br>• IDD is not reported |
| | **NILM presence** | **NILM** | • The presence of NILM (disaggregation) services |
| | **Hardware presence** | **HW** | • **Presence** of a bidirectional connection with the NET2GRID firmware running on any IoT or other metering device |
| | | **noHW** | • **Absence** of a bidirectional connection with the NET2GRID firmware running on any IoT or other metering device |

*Service Types*, NET2GRID, accessible via https://account-management-api.net2grid.com/docs/service-types (annotation added).

110. On information and belief, the EnergyAI products and services also apply disaggregation models to the consumption data to provide detection and estimation of any present lighting appliances, water heating appliances, refrigeration appliances, pool pumps, heating appliances, or cooling appliances; and apply rule-based models to the consumption data to provide detection and estimation of any present cooking appliances, laundry appliances, entertainment

devices or appliances, and miscellaneous appliances, wherein the disaggregation models and the rule-based models provide for a complete or near complete appliance level itemization and estimation for the whole house. For example, NET2GRID offers "[t]he dedicated Appliance Events Report for end-users with low-resolution smart meter data (15, 30, or 60-minute intervals)," and supports a service type for "[b]atch import of LR data energy data (datahub or MFI)" with disaggregation enabled. *See New feature — Appliance Events Report for Low-Resolution End-Users*, NET2GRID (June 4, 2025), accessible via https://release-notes.net2grid.com/announcements/new-feature-appliance-events-report-for-low-resolution-end-users; *Supported Service Types*, NET2GRID, accessible via https://account-management-api.net2grid.com/docs/supported-service-types.

111. The claims of the '502 Patent are not directed to an abstract idea. They are directed to a specific technological solution to a technical problem in signal processing of low-frequency meter data. The '502 Patent explains that "most published techniques use data at a high sampling rate (ranging from one sample every second to one million or more samples per second)," that utility meter data "is generally collected at a fifteen (15) minute or one hour interval," that such data "is generally not specific enough for most published NIALM techniques to perform a useful energy disaggregation and generate a clear appliance signature," and that prior systems "generally do not properly or accurately perform disaggregation on data received in 15-minute, 30-minute, or hourly intervals." Ex. C, at 1:42-59. The claims address that problem by first classifying the consumption data at a processor into active signals and inactive signals and then routing each class to distinct detection and estimation operations: active water heating and lighting from active signals, and passive water heating, refrigeration, and vacation mode from inactive signals (claim 1); and by combining disaggregation models with rule-based models applied to 15-, 30-, or 60-

minute AMI data to produce a complete or near complete itemization (claim 20). *E.g.*, *id.* at claims 1, 20; 3:19-36; 7:7-16. The specification describes the specific signal characteristics exploited by these operations, including that the regular pulses of a refrigerator compressor motor are detectable during low-activity periods, and that a tank water heater produces periodic "passive" pulses caused by maintaining stored water temperature, distinct from "active" or "fat" pulses caused by hot water use. *See, e.g.*, *id.* at 10:37-12:57.

112. The claims of the '502 Patent are also integrated into a practical application and recite an inventive concept. For example, the specification illustrates implementations of the claimed active/inactive signal architecture through specific techniques, including a sliding-window inactivity determination that stores energy consumption in a vector and compares it with the lowest-energy windows; refrigerator detection that scores low-activity periods for quality and applies a regression machine learning model trained on plug-level or high-sampling-rate data; passive water heater estimation based on amplitude estimation, frequency estimation, and temperature correlation of passive pulses; and vacation detection that computes a baseload threshold and evaluates sliding four-hour windows for standard deviation and deviation from the mean. *See generally id*. at 11:10-48, 13:13-27, 13:57-14:27; claims 5, 11-17. The specification further explains that a post-processing module combines multiple appliance estimation streams to produce a final disaggregation that is "logical and consistent (for example, no overestimation above the raw consumption load)." *Id*. at 14:62-67. These claims thus enable accurate appliance-level disaggregation from the low-resolution data that AMI devices actually provide, which was not well-understood, routine, or conventional.

113. An exemplary claim chart demonstrating how the Accused Products and Services practice exemplary claims of the '502 Patent on an element-by-element basis is attached as Exhibit

G and is incorporated herein by reference. The allegations provided herein are exemplary and without prejudice to Bidgely's infringement contentions to be provided pursuant to the Court's scheduling order, local rules, and/or discovery procedures. Each element of the asserted claims is literally present in the Accused Products and Services. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial.

114. NET2GRID has also induced infringement of the '502 Patent under 35 U.S.C. § 271(b). NET2GRID has had knowledge of the '502 Patent since no later than May 9, 2025, when Bidgely's counsel sent its initial notice letter identifying the '502 Patent and its relevance to NET2GRID's products and services. Despite having knowledge of the '502 Patent, NET2GRID has actively encouraged and induced others, including utility customers and end users, to directly infringe the '502 Patent in the United States by designing, deploying, and operating the Accused Products and Services, and by providing user-facing instructions and support materials—including through the NET2GRID Customer Engagement API Developer Hub (https://api.net2grid.com/)—directing NET2GRID customers to perform the claimed limitations. On information and belief, NET2GRID performs these affirmative acts with knowledge, or willful blindness, of the '502 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '502 Patent. *See also EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):

> **Input integrations**
>
> We are able to use input from direct data sources, including data coming directly from smart meters/next gen meters, MDM systems, manual meter readings, data hubs as well as NET2GRID or other types of hardware. Access our comprehensive documentation with guides and examples to assist you through the integration process.

115. NET2GRID has also contributorily infringed the ’502 Patent under 35 U.S.C. § 271(c). The Accused Products and Services include the accused disaggregation software and associated hardware components, in the specifically accused combinations and configurations, that constitute material parts of the inventions claimed in the ’502 Patent. As supplied by NET2GRID and deployed, those components are especially made or adapted for use in a manner that infringes the ’502 Patent and are not staple articles or commodities suitable for substantial non-infringing use. On information and belief, NET2GRID has sold or offered to sell these components within the United States, or imported them into the United States, with knowledge that they are especially made or adapted for use in infringing the ’502 Patent.

116. NET2GRID’s infringement of the ’502 Patent has been and continues to be willful. NET2GRID has had knowledge of the ’502 Patent and its infringement thereof since at least May 2025, and has continued to infringe despite receiving detailed notice. On information and belief, NET2GRID has deliberately continued the accused conduct with knowledge that it infringes.

117. As a direct and proximate result of NET2GRID’s infringement of the ’502 Patent, Bidgely has suffered and continues to suffer damages and irreparable harm.

**COUNT IV**
**INFRINGEMENT OF U.S. PATENT NO. 11,533,193**
**(35 U.S.C. § 271)**

118. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

119. The '193 Patent is valid and enforceable. Bidgely is the owner of all right, title, and interest in and to the '193 Patent, including the right to sue for and recover damages for infringement.

120. On information and belief, NET2GRID has directly infringed and continues to directly infringe at least claims 1, 6, 13, and 16 of the '193 Patent under 35 U.S.C. § 271(a) by using and performing in the United States every step of those claims through the use and operation of the Accused Products and Services, including but not limited to the EnergyAI platform, EnergyAI Edge, EnergyAI Profile Enrichment, the NET2GRID APIs, and the SmartBridge hardware and as described elsewhere in this Complaint and in Exhibit H.

121. Alternatively, on information and belief, to the extent that an entity other than NET2GRID performs one or more steps of the asserted claims of the '193 Patent, NET2GRID directly infringes those claims under 35 U.S.C. § 271(a) because NET2GRID directs or controls that performance. Such entities include, without limitation, the third parties identified in paragraph 20 and other utility customers, platform integrators, and service providers operating the accused EnergyAI functionality and participating in the particular accused deployment or integration described herein. In each accused performance of a claimed method, every step is performed in the United States by NET2GRID itself or by one or more such entities whose performance is attributable to NET2GRID as alleged herein. These include the dedicated customer cloud instances, the integrated offerings involving Itron, Powerley, POWERCONNECT.AI,

Landis+Gyr, and BHC Global, and utility operation of NET2GRID's application on Itron meters, including at SMUD, to the extent the asserted method is performed in that configuration.

122. On information and belief, NET2GRID supplies and deploys the EnergyAI software and models used in the accused integrations, including EnergyAI hosted in a dedicated customer AWS account and EnergyAI Edge deployed on Itron Riva meters at SMUD. The paragraph 20 relationships also include but are not limited to Powerley's integration of EnergyAI into customer-engagement applications, POWERCONNECT.AI's integration into utility customer-service platforms, Landis+Gyr's integration into enterprise software, and BHC Global's integrated AMI offering. NET2GRID's documentation makes completed customer onboarding and provisioned access to EnergyAI prerequisites to integration. Its service-type configurations determine the availability of the accused functionality.

123. On information and belief, NET2GRID conditions each such participant's receipt and provision of the accused service on performance of the applicable operations through NET2GRID's deployed software, models, and data interfaces. The participant obtains that functionality by operating the relevant component in the NET2GRID-prescribed configuration, which performs the steps alleged herein. NET2GRID establishes the manner of the participant's performance through those configurations and model instructions, its API integration requirements, and its implementation and support materials. The onboarding, service-type, and data-interface requirements described herein govern the relevant integration. Accordingly, every step is performed in the United States by NET2GRID itself or by participants whose performance is attributable to NET2GRID.

124. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 1 of the '193 Patent literally or, in the alternative, under the doctrine of

equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

125. Claim 1 of the '193 Patent recites a method of performing appliance itemization based on consumption data for a whole house, comprising: receiving at a processor the consumption data; classifying by the processor the consumption data into times of active signals and times of inactive signals; determining by the processor based at least in part on the inactive signals, estimated passive water heating consumption and estimated refrigerator consumption; and determining, based at least in part on the inactive signals, at least one period of vacation.

126. On information and belief, NET2GRID's EnergyAI products and services practice a method of performing appliance itemization based on consumption data for a whole house. By way of non-limiting example, the EnergyAI platform performs appliance itemization based on whole-house consumption data, including classifying active and inactive signals, estimating passive water heating and refrigerator consumption, detecting and estimating lighting consumption, estimating active water heating consumption, and determining periods of vacancy or vacation. EnergyAI's Profile Enrichment service further detects and corrects missing or incorrect information about household appliances and DERs. These functionalities practice the methods claimed in the '193 Patent.

127. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 6 of the '193 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function,

in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

128. Claim 6 of the '193 Patent recites a method of performing appliance itemization based on consumption data for a whole house, comprising: receiving at a processor the consumption data; classifying by the processor the consumption data into active signals or inactive signals and determining times of active signals and times of inactive signals: upon detection of inactive signals, detecting by the processor, passive water heating, and if detected, estimating passive water heating consumption; upon detection of an active signals: detecting by the processor, based at least in part on the active signal, active water heating, and if active water heating is detected, estimating active water heating consumption; and detecting by the processor, based at least in part on the inactive signals, water heating in vacation mode.

129. On information and belief, NET2GRID's EnergyAI products and services practice a method of performing appliance itemization based on consumption data for a whole house. By way of non-limiting example, the EnergyAI platform performs appliance itemization based on whole-house consumption data, including classifying active and inactive signals, estimating passive water heating and refrigerator consumption, detecting and estimating lighting consumption, estimating active water heating consumption, and determining periods of vacancy or vacation. EnergyAI's Profile Enrichment service further detects and corrects missing or incorrect information about household appliances and DERs. These functionalities practice the methods claimed in the '193 Patent.

130. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 13 of the '193 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

131. Claim 13 of the '193 Patent recites a method of performing appliance itemization based on consumption data for a whole house, comprising: receiving at a processor the consumption data; classifying by the processor the consumption data into times of active signals and times of inactive signals; and upon detection of active signals detecting by the processor, based at least in part on the active signals, lighting, and if lighting is detected, estimating lighting consumption and active water heating consumption.

132. On information and belief, NET2GRID's EnergyAI products and services practice a method of performing appliance itemization based on consumption data for a whole house. By way of non-limiting example, the EnergyAI platform performs appliance itemization based on whole-house consumption data, including classifying active and inactive signals, estimating passive water heating and refrigerator consumption, detecting and estimating lighting consumption, estimating active water heating consumption, and determining periods of vacancy or vacation. EnergyAI's Profile Enrichment service further detects and corrects missing or incorrect information about household appliances and DERs. These functionalities practice the methods claimed in the '193 Patent.

133. As explained further below, NET2GRID's EnergyAI products and services practice every element of claim 16 of the '193 Patent literally or, in the alternative, under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial. Further, the identified components and functionality of NET2GRID's EnergyAI products and services are non-limiting examples of the Accused Products and/or Services.

134. Claim 16 of the '193 Patent recites a method of performing appliance itemization based on consumption data for a whole house, comprising: receiving at a processor the consumption data; classifying by the processor the consumption data into times of active signals and times of inactive signals; and detecting by the processor, based at least in part on the inactive signals, refrigeration, and if refrigeration is detected, estimating refrigerator consumption.

135. On information and belief, NET2GRID's EnergyAI products and services practice a method of performing appliance itemization based on consumption data for a whole house. By way of non-limiting example, the EnergyAI platform performs appliance itemization based on whole-house consumption data, including classifying active and inactive signals, estimating passive water heating and refrigerator consumption, detecting and estimating lighting consumption, estimating active water heating consumption, and determining periods of vacancy or vacation. EnergyAI's Profile Enrichment service further detects and corrects missing or incorrect information about household appliances and DERs. These functionalities practice the methods claimed in the '193 Patent.

136. The claims of the '193 Patent are not directed to an abstract idea. Like its parent '502 Patent, the '193 Patent addresses the technical problem that utility meter data "is generally

collected at a fifteen (15) minute or one hour interval" and "is generally not specific enough for most published NIALM techniques to perform a useful energy disaggregation and generate a clear appliance signature," and that existing systems "generally do not properly or accurately perform disaggregation on data received in 15-minute, 30-minute, or hourly intervals." Ex. D, at 1:50-62. The '193 Patent describes classifying whole-house consumption data into times of active signals and times of inactive signals and performing specific detection and estimation operations conditioned on that classification—passive water heating, refrigerator consumption, and vacation periods from inactive signals (claim 1); passive water heating from inactive signals, active water heating from active signals, and water heating in vacation mode (claim 6); lighting and active water heating from active signals (claim 13); and refrigeration from inactive signals (claim 16). *Id*. at claims 1, 6, 13, 16. The specification ties these operations to physical characteristics of appliance loads observable in the signal, such as a tank water heater's periodic "passive" pulses for temperature maintenance versus "fat" pulses from active hot water use, and a refrigerator compressor's regular pulses detectable during low-activity periods. *See generally id.* at 10:42-14:32.

137. The claims of the '193 Patent are integrated into a practical application and recite inventive concepts. The specification and dependent claims describe specific implementing techniques, including classifying consumption data by "using a sliding window function and storing the energy consumption in a vector" and "comparing the vector with the lowest energy consumption windows to determine times of inactive signals"; detecting passive water heating through frequency estimation, temperature correlation, and amplitude estimation that detects "passive pulses comprising pairs of substantially matching transitions"; estimating passive pulse duration as a function of the water heater's temperature setting, its insulation, and the outside

temperature; and estimating refrigerator consumption by scoring low-activity periods for quality and applying a regression machine learning model. *See id*. at 11:1-42, 13:7-20; claims 5, 7-9, 18-19. The specification also describes vacation detection that computes a baseload threshold and evaluates sliding four-hour windows for consistency, and confirms vacation by the absence of human-driven usage while refrigerator pulses continue. *E.g.*, *id*. at 13:39-14:32. These techniques enable accurate appliance-level detection and estimation from low-resolution AMI data, a result the specification explains prior systems did not achieve, and were not well-understood, routine, or conventional.

138. An exemplary claim chart demonstrating how the Accused Products and Services practice exemplary claims of the '193 Patent on an element-by-element basis is attached as Exhibit H and is incorporated herein by reference. The allegations provided herein are exemplary and without prejudice to Bidgely's infringement contentions to be provided pursuant to the Court's scheduling order, local rules, and/or discovery procedures. Each element of the asserted claims is literally present in the Accused Products and Services. To the extent that any element is not literally present, each such element is present under the doctrine of equivalents because the Accused Products and Services perform substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element, and any differences are insubstantial.

139. NET2GRID has also induced infringement of the '193 Patent under 35 U.S.C. § 271(b). NET2GRID has had knowledge of the '193 Patent since at least the filing date of this Complaint, which provides notice of the '193 Patent and the infringement alleged herein. Despite having knowledge of the '193 Patent, NET2GRID has actively encouraged and induced others, including utility customers and end users, to directly infringe the '193 Patent in the United States by designing, deploying, and operating the Accused Products and Services, and by providing user-

facing instructions and support materials—including through the NET2GRID Customer Engagement API Developer Hub (https://api.net2grid.com/)—directing NET2GRID customers to perform the claimed limitations. On information and belief, NET2GRID performs these affirmative acts with knowledge, or willful blindness, of the ’193 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’193 Patent. *See also EnergyAI*, NET2GRID, accessible via https://www.net2grid.com/energyai (reproduced in part below):

> **Input integrations**
>
> We are able to use input from direct data sources, including data coming directly from smart meters/next gen meters, MDM systems, manual meter readings, data hubs as well as NET2GRID or other types of hardware. Access our comprehensive documentation with guides and examples to assist you through the integration process.

140. NET2GRID has also contributorily infringed the ’193 Patent under 35 U.S.C. § 271(c). The Accused Products and Services include the accused disaggregation software and associated hardware components, in the specifically accused combinations and configurations, that constitute material parts of the inventions claimed in the ’193 Patent. As supplied by NET2GRID and deployed, those components are especially made or adapted for use in a manner that infringes the ’193 Patent and are not staple articles or commodities suitable for substantial non-infringing use. On information and belief, NET2GRID has sold or offered to sell these components within the United States, or imported them into the United States, with knowledge that they are especially made or adapted for use in infringing the ’193 Patent.

141. NET2GRID's infringement of the '193 Patent continues to be willful. NET2GRID has had knowledge of the '193 Patent and its infringement thereof since at least since at least the filing date of this Complaint, which provides notice of the '193 Patent and the infringement alleged herein, and NET2GRID continues to infringe thereafter. On information and belief, NET2GRID has deliberately continued the accused conduct with knowledge that it infringes.

142. As a direct and proximate result of NET2GRID's infringement of the '193 Patent, Bidgely has suffered and continues to suffer damages and irreparable harm.

## WILLFUL INFRINGEMENT

143. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

144. NET2GRID's infringement of the Asserted Patents has been and continues to be willful. NET2GRID has had knowledge of the '286, '502, and '110 Patents since no later than May 9, 2025. NET2GRID received further cease-and-desist correspondence in April 2026 concerning the '286 Patent, including an element-by-element claim chart. NET2GRID has further had knowledge of each of the Asserted Patents and the infringement as alleged herein at least from date of filing of this Complaint.

145. Despite this knowledge, NET2GRID has deliberately chosen to continue infringing the Asserted Patents through the acts of infringement alleged in the preceding counts. NET2GRID's deliberate decision to continue infringement in the face of detailed notice constitutes egregious and wanton conduct, and its infringement has been willful, done deliberately and with full knowledge that its products and services infringe the Asserted Patents.

146. Bidgely requests that the Court exercise its discretion under 35 U.S.C. § 284 to enhance damages up to three times the amount assessed, based on NET2GRID's deliberate infringement and the circumstances established by the evidence.

## DAMAGES

147. Bidgely incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

148. As a direct and proximate result of NET2GRID's infringement of the Asserted Patents, Bidgely has suffered and continues to suffer damages in an amount to be proven at trial, including lost profits to the extent proven, but in no event less than a reasonable royalty for NET2GRID's unauthorized use of the patented inventions, together with interest and costs as fixed by the Court, pursuant to 35 U.S.C. § 284.

149. Bidgely seeks damages for infringement occurring within six years before the filing of this Complaint, but not before issuance of the relevant Asserted Patent, and for continuing infringement thereafter, subject to 35 U.S.C. §§ 286 and 287 to the extent applicable.

150. To the extent 35 U.S.C. § 287 applies to any asserted claim of an Asserted Patent, Bidgely and its licensees have complied with its requirements. Alternatively, to the extent 35 U.S.C. § 287 applies to any asserted claim of an Asserted Patent, Bidgely seeks damages from the date of actual notice of infringement of the applicable patent. Filing this Complaint constitutes notice under § 287(a).

151. Bidgely has suffered irreparable harm to its market share and business opportunities as a result of NET2GRID offering competing energy disaggregation products and services that infringe the Asserted Patents. Unless enjoined by this Court, NET2GRID will continue to infringe and Bidgely will continue to be irreparably harmed.

## JURY DEMAND

152. Pursuant to Federal Rule of Civil Procedure 38(b), Bidgely hereby demands a trial by jury on all issues so triable.

**PRAYER FOR RELIEF**

WHEREFORE, Bidgely respectfully prays for judgment in its favor granting the following relief:

A. A finding that NET2GRID has directly infringed and/or induced others to infringe and/or contributorily infringed each of the Asserted Patents;

B. An award of damages pursuant to 35 U.S.C. § 284 adequate to compensate Bidgely for NET2GRID's infringement of the Asserted Patents, including both pre- and post-judgment interest (without limitation) and costs as fixed by the Court;

C. A finding that NET2GRID's infringement of the Asserted Patents has been willful;

D. An increase in the damages to be awarded to Bidgely of up to three times the amount found by the jury and/or assessed by the Court, pursuant to 35 U.S.C. § 284;

E. A declaration that this is an exceptional case within the meaning of 35 U.S.C. § 285 and a corresponding award of Bidgely's reasonable attorneys' fees incurred in connection with this litigation;

F. A permanent injunction enjoining NET2GRID and its officers, agents, servants, employees, and representatives, and all others in active concert or participation with them, from further infringing the Asserted Patents;

G. A compulsory ongoing royalty for any post-judgment infringement for which an injunction does not issue;

H. An accounting and award of supplemental damages for any post-verdict infringement through the date that the Court enters final judgment; and

I. Such other and further relief as the Court may deem just and proper under the circumstances.

Dated: October 19, 2026

Respectfully submitted,

*/s/ G. Blake Thompson*

**G. Blake Thompson**
State Bar No. 24042033
Blake@TheMannFirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
(903) 657-8540

**BAKER BOTTS L.L.P.**
Robert J. Benson
Cal. Bar No. 155971
Jeffrey L. Johnson
Texas Bar No. 24029638
Ali N. Dhanani
Texas Bar No. 24055400
Zacharias E. Shepard
Texas Bar No. 24131664
910 Louisiana Street
Houston, TX 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522

***Attorneys for Plaintiff Bidgely, Inc.***